United States District Court
Southern District of Texas
**ENTERED**
November 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERIK FRANCISCO MARTINEZ MARTINEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-16-185 |
| | § | CRIMINAL NO. B-15-694-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On October 14, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 6]. Plaintiff has objected [Doc. No. 9] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Report and Recommendation. Therefore, Petitioner Erik Francisco Martinez-Martinez's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless, and the issuance of a Certificate of Appealability is denied.

Signed this 30th day of November, 2016.

_____
Andrew S. Hanen
United States District Judge